UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

MITCHEL CALVERT,

         Defendant.

No. CR-05-3028-FVS

ORDER

**THIS MATTER** having come before the Court based upon the petitioner's motion for a temporary restraining order; Now, therefore

**IT IS HEREBY ORDERED:**

The petitioner's motion for a temporary restraining order (Ct. Rec. 12) is denied.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this 24th day of June, 2005.

                      s/ Fred Van Sickle
                      Fred Van Sickle
         Chief United States District Judge

ORDER- 1